IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| ROY ALDRICH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. _____ |
| | ) |
| CHOICECARE AMBULANCE SERVICE, LLC | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

COMES NOW, Roy Aldrich, the Plaintiff herein (hereinafter "Mr. Aldrich"), and states his complaint against the Defendant, Choicecare Ambulance Service, LLC (hereinafter "Choicecare") as follows, to wit:

**The Parties**

1.

Mr. Aldrich is a citizen of the United States and of the State of Georgia and he resides within Laurens County, Georgia. At all times material hereto, Mr. Aldrich has been an "employee" as defined in 29 U.S.C. § 203(e)(1).

2.

Choicecare is a Georgia Limited Liability Company, with it principal place of business located at 621 Academy Avenue, Dublin, Georgia 31021. It may be served through its registered agent, James Garner, at 1808 Bellevue Road, Georgia 31021.

3.

At all times material hereto, Choicecare has been an "employer" as defined in 29 U.S.C. § 203(d), and an "enterprise engaged in commerce" as defined in 29 U.S.C. § 203(s)(1).

## Jurisdiction and Venue

4.

This Court has jurisdiction over the present action pursuant to Article 14, § 2 of the United States Constitution and pursuant to 28 U.S.C. §§ 1331 and 1337, because this case arises under 29 U.S.C.A. §§ 201 to 219, known as the Fair Labor Standards Act, a law of the United States regulating interstate commerce (hereinafter the "FLSA").

5.

Venue properly lies in the Southern District of Georgia in accordance with 28 U.S.C. § 1391 because Choicecare' principal office is located in this judicial district and all of the events giving rise to the claims herein arose in this judicial district.

## Facts

6.

Around January of 2012, Choicecare hired Mr. Aldrich as an Emergency Medical Technician (EMT).

7.

Mr. Aldrich was paid a set salary, regardless of the hours he worked.

8.

Mr. Aldrich's primary duty of his employment was to transport patients to and from medical facilities. He also solicited new business for Choicecare.

9.

At all times material hereto, Mr. Aldrich was not an executive or administrative employee as defined under the FLSA, despite the fact that Choicecare treated him as one.

10.

At all times material hereto, Mr. Aldrich has been an employee covered by the FLSA and entitled to the minimum wage and overtime protections set forth in 29 U.S.C. §§206, 207.

11.

Mr. Aldrich held his position with Choicecare until September 13, 2014, at which time he resigned.

12.

During the course of his employment, Mr. Aldrich worked substantial overtime for which he was not compensated, as will more fully be shown through his time cards when they are obtained through discovery.

13.

**Count I. Violation of the FLSA's Overtime Provisions**

14.

Mr. Aldrich incorporates by reference all of the allegations contained in paragraphs 1 through paragraphs 13.

15.

Choicecare has willfully and repeatedly violated the FLSA by failing to compensate Mr. Aldrich for time worked in excess of forty (40) hours.

16.

Mr. Aldrich brings this Complaint seeking recovery of his unpaid overtime, which will be determined once he is able to obtain his time cards through discovery.

17.

Choicecare's failure and refusal to comply with the FLSA in this regard is willful, in bad faith and has required Mr. Aldrich to incur the trouble and expense of attorney's fees and expenses of litigation and he seeks an award of same.

### Count II.  Liquidated Damages

18.

Mr. Aldrich incorporates by reference all of the allegations contained in paragraphs 1 through paragraphs 17.

19.

Mr. Aldrich is entitled to liquidated damages in an amount to be proven through discovery in accordance with 29 U.S.C. §216(b).

### Count III.  Attorney's Fees and Expenses of Litigation

20.

Mr. Aldrich incorporates by reference all of the allegations contained in paragraphs 1 through paragraphs 19.

21.

Choicecare's failure and refusal to comply with the FLSA in accordance with its legal obligations is in bad faith, is intended to require and has required Mr. Aldrich to incur the trouble, inconvenience and expense of attorney's fees and expenses of litigation to deter him

from seeking payment of unpaid wages due him. Mr. Aldrich seeks an award of same.

**WHEREFORE,** Mr. Aldrich prays for the following:

a. That Summons and Process issue and that Choicecare be served in the manner provided by law;

b. That Choicecare be required to answer this complaint;

c. That he have a trial by jury;

d. That he be awarded judgment against Choicecare for unpaid wages in an amount to be proven at trial, liquidated damages in an amount to be proven at trial and an award of attorney's fees and expenses of litigation; and

e. That he have such other and further relief as this Court deems just and equitable.

WARNOCK & MACKEY, LLC

*/s/ C. Mitchell Warnock, Jr.*
C. Mitchell Warnock, Jr.
Attorney for Plaintiff
State Bar No. 738102

1104 Bellevue Avenue
Dublin, Georgia 31021
(478) 275-8119
(478) 275-7901 fax
warnocklaw@bellsouth.net