ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| ROY ALDRICH, | * | |
| Plaintiff, | * | |
| v. | * | CV 314-105 |
| CHOICECARE AMBULANCE SERVICE, L.L.C., | * | |
| Defendant. | * | |

# ORDER

In the above-captioned case, Plaintiff filed a complaint on September 16, 2014. (Doc. no. 1.) Although Defendant was served on the same day (doc. no. 4), Defendant has not filed an answer, and Plaintiff has failed to take any further action.

Under Local Rule 41.1, the Court may, after notice to counsel of record, *sua sponte*, or on motion of any party, dismiss any action with or without prejudice for want of prosecution if a party (1) fails to comply with an order compelling discovery; (2) willfully disobeys or neglects any order of the Court; or (3) fails to prosecute the action with reasonable promptness. LR 41.1, SDGa.

Accordingly, the Court **ORDERS** Plaintiff to **SHOW CAUSE** by **September 18, 2015,** as to why this case should not be dismissed for failure to prosecute. Plaintiff is advised that a failure to do so may result in a dismissal of this action.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of August, 2015.

/s/ Dudley H. Bowen, Jr.
UNITED STATES DISTRICT JUDGE