ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 AUG 27 PM 2: 16

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

ROY ALDRICH,                    *
                                *
    Plaintiff,                  *
                                *
    v.                          *    CV 314-105
                                *
CHOICECARE AMBULANCE            *
SERVICE, L.L.C.,                *
                                *
    Defendant.                  *

# O R D E R

On August 27, 2015, Plaintiff filed a "Notice of Dismissal" in the above-captioned case. (Doc. no. 6.) Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 27th day of August, 2015.

UNITED STATES DISTRICT JUDGE